963 A.2d 1291

Frank NELLOM, Appellant

v.

PENNSYLVANIA DEPARTMENT OF CORRECTIONS, Superintendent David Digugliemo and Records Supervisor Thomas Rowlands of the State Correctional Institution at Graterford, Appellees.

Supreme Court of Pennsylvania.

Feb. 19, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of February, 2009, the Order of the Commonwealth Court is hereby **AFFIRMED.**